# EXHIBIT “A”

PO Box 9100
Farmingdale NY 11735-9100
CHANGE SERVICE REQUESTED

**Sunrise Credit Services, Inc.**
P.O. Box 9100
Farmingdale, NY 11735-9100
844-705-0290 ● Fax: 631-501-8534

ACA INTERNATIONAL
The Association of Credit and Collection Professionals
Member

Hours: Mon. – Thurs. 8 AM – 11 PM EST
Fri. 8 AM – 9 PM EST • Sat. 8 AM – 4 PM EST

July 30, 2016

JOANIE HOWARD
[redacted]
Pompano Beach FL 33060-6210

**Account Information**

Client: AT&T U Verse
Client Account #: [redacted]
SCS Account #: [redacted]

| | |
|---|---|
| Account Balance: | $309.39 |
| Balance Due: | $309.39 |

Dear JOANIE HOWARD:

**WHEN YOU RECEIVE A COLLECTION NOTICE . . .**

1. **Don't get angry** . . . Your account came to us from someone who values your business.
2. **Communicate with us** . . . It will be helpful to you if you get actively involved.
3. **Let us help** . . . Our people are experienced in credit and collections and are able to assist you if you let them.

We have included a return envelope for your convenience. For other convenient payment options, visit us on the internet at www.sunrisecreditservices.com or use our automated phone payment system at 877-447-4001, 24 hours a day, 7 days a week.

Experience has proven that collection efforts are necessary when a debtor does not respond. Therefore, your attention is important and may avoid further collection efforts.

The toll-free number for your account representative is 844-705-0290.

Sunrise Credit Services, Inc.
TANYA BEAN

**THIS IS AN ATTEMPT TO COLLECT A DEBT.**
**ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**
**THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**

187508334

**PLEASE REFER TO REVERSE SIDE FOR IMPORTANT INFORMATION**

R1ATT ↓↓ PLEASE DETACH AND RETURN BOTTOM PORTION WITH PAYMENT. KEEP TOP PORTION FOR YOUR RECORDS. ↓↓

---

Client: AT&T U Verse
Client Account #: [redacted]
SCS Account #: [redacted]

| | |
|---|---|
| Account Balance: | $309.39 |
| Balance Due: | $309.39 |

JOANIE HOWARD
[redacted]
POMPANO BEACH FL 33060-6210

SUNRISE CREDIT SERVICES, INC.
PO BOX 9100
FARMINGDALE NY 11735-9100

R1ATT

**Call our toll free number 844-705-0290**

**Let our representatives help you pay your bill.**

UNLESS YOU NOTIFY THIS OFFICE WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID. IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN 30 DAYS FROM RECEIVING THIS NOTICE, THAT YOU DISPUTE THE VALIDITY OF THE DEBT, OR ANY PORTION THEREOF, THIS OFFICE WILL OBTAIN VERIFICATION OF THE DEBT OR OBTAIN A COPY OF A JUDGMENT AND MAIL YOU A COPY OF SUCH JUDGMENT OR VERIFICATION. IF YOU REQUEST THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE, THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

Here are some quick and easy ways.

- **AUTO PAY**
  Use our automated phone payment system at 877-447-4001, 24 hours a day, 7 days a week and pay with your check or credit card.
- **WESTERN UNION**
  Call 1-800-238-5772 for the nearest location. Go to your nearest **Western Union** location (check cashing store, supermarket or pharmacy) and identify yourself as a **"Quick Collect Customer."** Include the following information on the **"Quick Collect"** form:
  - Payable to: Sunrise Credit Services
  - Code/Destination: Sunrise, NY
  - Reference Number: Your Account Number

  After paying the cashier, call our toll free number and give the representative your account number, amount paid, and money control number from the receipt the cashier gives to you. Within minutes, your account is paid.
- **MONEYGRAM**
  Call 1-800-926-9400. For the nearest locations, go to your nearest MoneyGram Agent (Travel Agencies, Currency Exchange)
  Complete the Blue Express Payment form, include our four digit receiver code **0332**.
  Company: Sunrise Credit Services
  City/State: Farmingdale, New York
  Account Number: Your Account Number
  After paying the cashier, call our toll free number and give the representative your account number, amount paid and confirmation number from the receipt the cashier gives to you.
- **CREDIT CARD / DEBIT CARD**
  Most accounts can be paid by a major credit card.
- **ACH**
  Automated Clearing House: Pay by phone and have the funds withdrawn from your checking or savings account.
- **BANK WIRE**

**Please make sure to reference your account number on any payment made.**

**CALIFORNIA**
The state Rosenthal Fair Debt Collection Practices Act and the Federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest, or by using obscene language. Collectors may not use false or misleading statements, or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**COLORADO**
A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.
Our resident office in Colorado is located at 700 17th Street, Suite 200, Denver, Colorado 80202…Mon – Fri 8am – 5pm.
Telephone Number: 866-436-4766. This office will accept payments and correspondence
For information about the Colorado Fair Debt Collection Practices Act, see WWW.COAG.GOV/CAR

**MASSACHUSETTS**
***NOTICE OF IMPORTANT RIGHTS***
Our resident office in Massachusetts is located at (do not send correspondence or payments to this address) 49 Winter St. Weymouth, MA 02189. Mon. – Thur. 10am-3pm. You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the debt collector.
This collection board is licensed by the collection service board, state department of commerce and insurance.

**MINNESOTA**
This collection agency is licensed by the Minnesota Department of Commerce.

**NEW YORK**
If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt:
1) Supplemental security income, (SSI);
2) Social security;
3) Public assistance (welfare);
4) Spousal support, maintenance (alimony) or child support;
5) Unemployment benefits;
6) Disability benefits;
7) Workers' compensation benefits;
8) Public or private pensions;
9) Veterans' benefits;
10) Federal student loans, federal student grants, and federal work study funds; and
11) Ninety percent of your wages or salary earned in the last sixty days.

**TENNESSEE**
This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance.

**UTAH**
As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.